

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable H. D. Stringer
County Attorney
Hall County
Memphis, Texas

Dear Sir:

Opinion No. O-3130
Re: Under the facts set forth
can the county attorney under
Section 6, Article 7345b,
Vernon's Annotated Civil
Statutes, and proper pleading
and evidence as to a reason-
able attorney's fee recover
10% of delinquent tax collec-
tions?

Your recent request for an opinion of this depart-
ment on the above stated question has been received.

We quote from your letter as follows:

"I, as County Attorney, and at the direc-
tion of the Commissioners' Court, have recently
filed interventions in behalf of the State and
Hall County, in certain tax suits filed by the
City of Memphis, Texas, all under the applicable
provisions of Art. 7345b, R. S.

"I would like your opinion as to whether
under Sec. 6 of Art. 7345b, R. S., and proper
pleading and evidence as to a reasonable attor-
neys fee I could recover 10%, as provided by
said section.

"I am of course familiar with Art. 7332,
R. S. which says the fee for the County Attor-
ney in delinquent tax suits shall only be that
prescribed by said Article. However, Art.
7345b being a later enactment, and Sec. 13
providing that in case of conflict the provi-
sions of said Article should control, it oc-

Honorable H. D. Stringer, Page 2

curred to me that I would be entitled to
the fee set out in Sec. 6.

"It would seem that this construction
would be a logical one because the fee pre-
scribed by Art. 7332 is wholly inadequate."

This department has heretofore ruled on a question
very similar to that presented in your inquiry in opinion
No. O-1695. In that opinion it was held that Section 6
of Article 7345b did not apply to county or district attor-
neys' regarding fees in delinquent tax suits. The county or
district attorney is entitled to only those fees as are
provided by Article 7332, Vernon's Annotated Civil Stat-
utes. We are enclosing a copy of said opinion for your
information.

In view of the statutes mentioned in opinion No.
O-1695, you are respectfully advised that it is the opinion
of this department that the county attorney is not entitled
to ten per cent of delinquent tax collections as mentioned
in your inquiry, or any other compensation, but is entitled
to only such fees as are provided by Article 7332, Vernon's
Annotated Civil Statutes. Our opinion No. O-836 is hereby
overruled in so far as it conflicts with this opinion and
Opinion No. O-1695.

Trusting that the foregoing fully answers your
inquiry, we are

Yours very truly

APPROVED FEB 21, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

W:CO

